AO 245B (Rev 06/05) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER:   8:03-cr-189-T-30MAP
Defendant's USM No.: 41097-018

vs.

PATRICK ABAYOMI THOMAS

Defendant's Attorney:   Eric Kuske, ret.

THE DEFENDANT:
X  pleaded guilty to count(s) One, Two, and Three of the Superseding Indictment.
__ pleaded nolo contendere to count(s) which was accepted by the court.
__ was found guilty on count(s) after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE & SECTION | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT NUMBER(S) |
|---|---|---|---|
| 18 U.S.C. §371 | Conspiracy to Violate Immigration Laws and To Make False Statements | May, 2003 | One |
| 18 U.S.C. §1542 and 2 | Aiding and Abetting in Making a False Statement in a Passport Application | July 11, 2002 | Two |
| 18 U.S.C. §1425(b) | Unlawful Procurement of Citizenship of Naturalization | August 9, 2001 | Three |

   The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

__ The defendant has been found not guilty on count(s)
X  Count(s) One of the Indictment is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.
If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  December 16, 2003

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATE: September 13, 2006

AO 245B (Rev 06/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | PATRICK ABAYOMI THOMAS | Judgment - Page 2 of 6 |
| Case No.: | 8:03-cr-189-T-30MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of THIRTY-SEVEN (37) MONTHS* as to Counts One, Two, and Three of the Superseding Indictment; all such terms to run concurrently. Pursuant to Title 8, United States Code Section 1451(e), the Court revokes, sets aside, and declares void the final order admitting the defendant to citizenship, and declares the naturalization certificate of Thomas to be canceled.

*The Court reduced the original term of imprisonment of FIFTY-SEVEN (57) MONTHS to THIRTY-SEVEN (37) MONTHS based upon the Court granting a four level reduction in the defendant's offense level pursuant to the Government's Rule 35 motion for reduction of sentence

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

    ___ at ___ a.m./p.m. on ___.
    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ___ before 2 p.m. on ___.
    ___ as notified by the United States Marshal.
    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By:_____
Deputy Marshal

| | |
|---|---|
| Defendant: PATRICK ABAYOMI THOMAS | Judgment - Page 3 of 6 |
| Case No.: 8:03-cr-189-T-30MAP | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **TWO (2) YEARS** as to Count One, Two, and Three of the Superseding Indictment; all such terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

__X__   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | | |
|---|---|---|
| Defendant: | PATRICK ABAYOMI THOMAS | Judgment - Page 4 of 6 |
| Case No.: | 8:03-cr-189-T-30MAP | |

## SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

X    The defendant shall provide the probation officer access to any requested financial information.

X    If the defendant is deported, he shall not re-enter the United States without the written permission of the United States Department of Homeland Security

| | |
|---|---|
| Defendant: PATRICK ABAYOMI THOMAS | Judgment - Page 5 of 6 |
| Case No.: 8:03-cr-189-T-30MAP | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A. __X__ Lump sum payment of $ _300.00_ is due immediately, balance due

    ___ not later than _____, or

    ___ in accordance with ___ C, ___ D, or ___ E below; or

B. ___ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ E below); or

C. ___ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after date of this judgment; or

D. ___ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of ___, (e.g., months or years) to commence ___ after release from imprisonment to a term of supervision; or

E. ___ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_ Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:


_ The defendant shall pay the cost of prosecution.

_ The defendant shall pay the following court cost(s):

X The defendant shall forfeit the defendant's interest in the following property to the United States:

The Court orders that the defendant forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, which are in the possession or control of the defendant or the defendant's nominees.

The Court hereby incorporates the preliminary order of forfeiture which was made a final order of forfeiture to this Judgment and Commitment Order. The forfeiture order will be attached to this Judgment and Commitment Order.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

| | |
|---|---|
| Defendant: PATRICK ABAYOMI THOMAS | Judgment - Page 6 of 6 |
| Case No.: 8:03-cr-189-T-30MAP | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A. __X__ Lump sum payment of $ __300.00__ is due immediately, balance due

      ___ not later than _____, or

      ___ in accordance with ___ C, ___ D, or ___ E below; or

B. ___ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ E below); or

C. ___ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after date of this judgment; or

D. ___ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of ___, (e.g., months or years) to commence ___ after release from imprisonment to a term of supervision; or

E. ___ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_ Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

_ The defendant shall pay the cost of prosecution.

_ The defendant shall pay the following court cost(s):

__X__ The defendant shall forfeit the defendant's interest in the following property to the United States:

    The Court orders that the defendant forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, which are in the possession or control of the defendant or the defendant's nominees.

    The Court hereby incorporates the preliminary order of forfeiture which was made a final order of forfeiture to this Judgment and Commitment Order. The forfeiture order will be attached to this Judgment and Commitment Order.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:03-cr-189-T-27MAP

PATRICK ABAYOMI THOMAS,
a/k/a "Mike"

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for Entry of a Preliminary Order of Forfeiture, **which, at sentencing, shall be a final order of forfeiture as to defendant Patrick Abayomi Thomas' right, title, and interest in property subject to forfeiture.** For good cause shown, the motion of the United States is GRANTED. The court, being fully advised in the premises, finds that the United States has established the requisite *nexus* between the real property located at 7107 N. Whittier St., Tampa, Florida 33617 and the violations to which defendant Patrick Abayomi Thomas pled guilty in Counts One, Two and Three of the Superseding Indictment. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that all right, title, and interest of defendant Patrick Abayomi Thomas in the real property, including all improvements thereon and appurtenances thereto, located at 7107 N. Whittier St., Tampa, Florida 33617, legally described below, is condemned and forfeited to the United States for disposition according to law:

> Lot 6, Block 4, WOODFIELD HEIGHTS UNIT NO. 3, according to the map or plat thereof, as recorded in Plat Book 42, page 52, of the Public Records of Hillsborough County, Florida.
>
> FOLIO NO. 390140014.

It is further ORDERED that the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement, shall seize the subject real property for disposition in accordance with the provisions of 18 U.S.C. § 982.

The United States shall provide direct written notice of the forfeiture and the United States' intent to dispose of the property to all those with a known interest in the property, other than the defendant, and shall publish notice of the forfeiture in a newspaper of general circulation in Hillsborough County, Florida.

The Court shall retain jurisdiction to enter any orders necessary for the seizure, forfeiture, and disposition of the real property located at 7107 N. Whittier St., Tampa, Florida 33617, and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this __16__ day of ___Dec.___ 2003.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Bryant R. Camareno, AUSA

　　　　　　 Attorneys of Record

2